UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JANET HOYT,                                CASE NO.: 0:17-CV-60764-BLOOM/VALLE

    Plaintiff,

vs.

CAREFREE BOAT CLUB HOLDINGS, LLC
d/b/a CAREFREE BOAT CLUB

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, CAREFREE BOAT CLUB HOLDINGS, LLC d/b/a CAREFREE BOAT CLUB ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

                                              BY:   /s/ Jason S. Weiss
                                                           Jason S. Weiss
                                                           Jason@jswlawyer.com
                                                           Florida Bar No. 356890
                                                           **WEISS LAW GROUP, P.A.**
                                                           5531 N. University Drive, Suite 103
                                                          Coral Springs, FL 33067
                                                          Tel: (954) 573-2800
                                                          Fax: (954) 573-2798
                                                          *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890